UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER K. HEIM, | ) NO. CV 13-7768-ODW (AGR) |
|---|---|
| Plaintiff, | ) |
| | ) ORDER TO SHOW CAUSE |
| vs. | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

Pursuant to the court's order of October 30, 2013, Plaintiff was ordered to file proofs of service showing compliance with Paragraph I of the order within 120 days of the filing on the complaint, i.e., by February 27, 2014. The order warned Plaintiff that failure to comply may result in dismissal of the case. To date, the proofs of service have not been filed.

Accordingly, **no later than April 24, 2014,** Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Filing the proofs of service by April 24, 2014, shall be deemed compliance with this Order to Show Cause.

DATED: March 25, 2014

ALICIA G. ROSENBERG
United States Magistrate Judge