UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER K. HEIM,<br><br>                Plaintiff,<br><br>   vs.<br><br>Carolyn W. Colvin, Commissioner of Social Security,<br><br>                Defendant. | CASE NO. CV 13-7768-ODW (AGR)<br><br>JUDGMENT |

    In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that judgment is entered dismissing the action without prejudice.

DATED: June 24, 2014

                                              OTIS D. WRIGHT II<br>
                                    United States District Judge